IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MILTON C. JOHNSON, JR.,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-1081-L** |
| **UNITED STATES POSTAL OFFICE** | § | |
| **AND MEGAN J. BRENNAN, AS** | § | |
| **POSTMASTER GENERAL,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 11), filed September 14, 2015. This case was referred for pretrial management to Magistrate Judge Renée Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 27, 2016, recommending that the court grant Defendants' motion to dismiss and dismiss with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) Plaintiff Milton C. Johnson, Jr.'s ("Johnson" or "Plaintiff") Title VII discrimination claims against Defendants. The magistrate judge further recommended that the court not allow Plaintiff to amend his pleadings because, although pro se, he did not respond to the motion to dismiss despite being ordered to do so by the magistrate judge, and he did not seek leave to amend his pleadings.

No objections to the Report were filed. Plaintiff instead filed a "Statement of Claim" on February 16 2016, contending that Defendants should be required to respond to the other "Plaintiffs [in this case who] have been unsuccessful in procuring legal representation." Doc. 21. This appears to be in response to the termination of all Plaintiffs, other than Johnson, in this case after Defendants moved for dismissal. The "other Plaintiffs" were terminated as parties because only Johnson signed

Order – Page 1

the Complaint and, while the "other Plaintiffs" can proceed pro se and represent themselves, Johnson, who is not a lawyer, cannot represent the other Plaintiffs. The prior termination of the other Plaintiffs in this case does not affect the court's resolution of Defendants' motion to dismiss Johnson's claims.

After carefully reviewing the motion, pleadings, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 11) and **dismisses with prejudice** Johnson's Title VII discrimination claims against Defendants. Additionally, for the reasons explained by the magistrate judge, the court will not allow Johnson to amend his pleadings.

**It is so ordered** this 29th day of February, 2016.

Sam A. Lindsay
United States District Judge